FILED

FEB 01 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE NORGLE
MAGISTRATE JUDGE WEISMAN

17CR 572

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TREVOR BROWN | Case No. 17 CR 572<br><br>Violation: Title 18, United States Code, Section 922(a)(5) |

The SPECIAL DECEMBER 2017 GRAND JURY charges:

On or about July 16, 2016, at Chicago, in the Northern District of Illinois, Eastern Division,

TREVOR BROWN,

defendant herein, not being a licensed importer, manufacturer, dealer, and collector of firearms, did willfully transfer, sell, transport, and deliver a firearm, namely a Sccy Industries, model CPX-2, 9 millimeter pistol, bearing serial number 347482; a Cobra Enterprise, model FS380, .380 caliber pistol, bearing serial number FS110856; and a Ruger, model SR40, .40 caliber pistol, bearing serial number 34285422, to Individual A, said person not being a licensed importer, manufacturer, dealer, and collector of firearms, and knowing and with reasonable cause to believe that Individual A was not then residing in the State of Indiana, the State in which defendant was residing

at the time of the aforesaid transfer, sale, transportation, and delivery of the firearm;

In violation of Title 18, United States Code, Section 922(a)(5).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

2